

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00445-CV

DANA PAIGE APPLEWHITE                                    APPELLANT

V.

WILLIAM CARL APPLEWHITE, JR.                             APPELLEE

------------

FROM THE 158TH DISTRICT COURT OF DENTON COUNTY

------------

**ORDER**

------------

On March 12, 2013, we issued an Order of Referral to Mediation and Abatement, ordering the parties to complete a mediation conference by April 11, 2013. We abated this appeal pending the mediation. The mediator, Honorable R. Brent Keis, has now asked that he be relieved of his appointment as mediator in this appeal. The mediator has also provided the court with a copy of an e-mail to the parties' counsel in which he provided them with a copy of The Texas Lawyers' Creed and admonished them for their bickering. Although we will grant the mediator's request to be relieved of his appointment in this appeal, it is

disturbing and regretful that the parties have apparently defied this court's order to mediate this appeal. While we are not privy to the details of what has transpired, the parties have utterly wasted not only their own time and resources but those of this court and the mediator, who had graciously agreed to mediate this appeal at cost. Obviously, no party can be ordered to settle a case (nor should they be so ordered), but our system of justice is dependent upon parties and their attorneys abiding by court orders, including those court orders that command the parties to schedule and attend a mediation and not meaningless "squabbling." Though we are tempted to issue further orders requiring the parties to comply with this court's previous orders, it is apparent from what has already transpired that doing so would only further waste time and resources.

It is **ORDERED** that the Honorable R. Brent Keis is relieved of his appointment as mediator in this appeal. It is further **ORDERED** that this appeal is reinstated on this court's docket as of today's date.

The appellant's brief is now due **Friday, May 10, 2013**. *See* Tex. R. App. P. 38.6. You will be notified when the case is set for submission.

A party desiring oral argument must note that request on the outside cover of the party's brief. *See* 2nd Tex. App. (Fort Worth) Loc. R. 3. If no oral argument is requested by either party, the case may be submitted on the briefs.

**PLEASE BE ADVISED THAT THIS COURT HAS ADOPTED THE STANDARDS FOR APPELLATE CONDUCT, WHICH WERE ADOPTED AND**

2

**PROMULGATED BY THE SUPREME COURT OF TEXAS AND THE TEXAS COURT OF CRIMINAL APPEALS ON FEBRUARY 1, 1999 BY MISCELLANEOUS DOCKET ORDER NO. 99-9012.** Copies of the standards are available from this office and appear on the court's website at www.2ndcoa.courts.state.tx.us. Both parties and their counsel appearing before this court are expected to adhere to these standards and non-compliance will be addressed by the court accordingly.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the mediator, the trial court judge, and the trial court clerk.

DATED April 10, 2013.

PER CURIAM